2008–0034. State ex rel. Shea v. Hillcrest Ambulance Serv.
Franklin App. No. 07AP–136, 2007-Ohio-6536. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2008–0411. Cleveland Clinic Found. v. Levin.
Board of Tax Appeals, Nos. 2005–V–1726, 2006–V–99, and 2006–H–117.

2008–0430. State ex rel. Feltner v. HMDC, Inc.
Franklin App. No. 07AP–180, 2008-Ohio-467.

2008–0443. Colonial Village Ltd. v. Washington Cty. Bd. of Revision.
Board of Tax Appeals, No. 2004–A–574.